UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KAREN MUNUOZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:15-cv-00868 |
| v. ) | |
| ) | Judge Sharp |
| METRO NASHVILLE PUBLIC ) | Magistrate Judge Brown |
| SCHOOLS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# ORDER

Plaintiff Karen Munoz originally filed this lawsuit in the Circuit Court of Davidson County, Tennessee. Defendants removed the case to federal court. (Docket No. 1). Defendants employed Plaintiff as a secretary/bookkeeper at Ross Elementary School, where she slipped and fell. Her fall, subsequent leave, and ultimate termination gave rise to the claims at issue here.

Magistrate Judge Brown has issued a Report and Recommendation ("R & R") (Docket No. 19) in which he recommends that this case be dismissed without prejudice. Despite being advised that any objection needed to be filed within fourteen days, Plaintiff has filed none. Indeed, the record shows that Plaintiff has not participated in the litigation since August 2015. She neither responded to Defendants' Motion to Dismiss (Docket No. 4) nor complied with Magistrate Judge Brown's Order to Show Cause (Docket No. 11). Magistrate Judge Brown therefore recommends that the Court dismiss the case for failure to prosecute and to obey Court orders.

Having considered the matter de novo as required by Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition. Accordingly, the Court hereby rules as follows:

1) The Report and Recommendation (Docket No. 19) is ACCEPTED and APPROVED;

2) All other pending motions (Docket No. 4) are TERMINATED AS MOOT; and

3) This case is DISMISSED WITHOUT PREJUDICE.

The Clerk of the Court shall enter judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE